# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| Ameer A. Hashw, | Court File No.: 13-cv-00728 MJD/JJG |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| FMA Alliance, Ltd., | |
| Defendant. | |

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

BY THE COURT

Dated:  July 31, 2013         s/ Michael J. Davis
                              The Honorable Michael J. Davis
                              Chief Judge of United States District Court