# UNITED STATES DISTRICT COURT
## District of Minnesota

Ameer A. Hashw

V.

FMA Alliance, Ltd.

**JUDGMENT IN A CIVIL CASE**

Case Number: 13-cv-00728 MJD/JJG

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Complaint is dismissed on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

| July 31, 2013 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/L. Brennan |
| | (By) L. Brennan, Deputy Clerk |